## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Walter Lewis Deville, Jr., | ) | Case No. 1:24-cr-00110 |
| | ) | |
| Defendant. | ) | |

On April 10, 2025, the court issued an order permitting Defendant to transition from Prairie Recovery Center to Blessed Builders Sober Living subject to a number of conditions, one of which required Defendant to immediate surrender to the custody of the United States Marshal if terminated from the Short Bull Lodge for any reason. (Doc. No. 296).

On July 4, 2025, the United States Marshal advised the court that Defendant was terminated from Blessed Builders Sober Living and had surrendered. Accordingly, Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court