IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United States of America, | |
|       Plaintiff, | Criminal No. 1:24-cr-00110 |
| v. | |
| Walter Lewis Deville, Jr., | **Motion for Continuance** |
|       Defendant. | |

---

Counsel for the above-named defendant respectfully requests this Court to continue the jury trial scheduled to begin August 26, 2025. Discovery is voluminous and counsel for Defendant needs additional time to review the reports.

The government was notified and is not objecting to the request.

Dated: July 30, 2025                                                  Respectfully submitted,

                                                                                   */s/ Chris Snyder*
                                                                                    Chris Snyder
                                                                                    MN Attorney No. 0399471
                                                                                    ND Attorney No. 09180

                                                                                   P.O. Box 616
                                                                                  Moorhead, MN 56561-0616
                                                                                 218-284-1110