**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:23-cr-00215 |
| Reginald Deshawn White, III, a/k/a Cash, Jordan Wesley Betts a/k/a 23, Christopher Lacy a/k/a Lil' Bro, Tatum Leigh Paasch, Jalon Dewight Randle a/k/a Lon, Brice Solomon Dujuan Wilson     a/k/a B, a/k/a Mob, William Ivory Roshawn Beverly a/ka Rich, Tanei Simone Jerry, Destiny Tory Siers, Justice Caley Siers, Walter Lewis Deville, Jr., Tian Jo Jorgenson, James Lamar Sanders a/k/a Jaymo, Deshawn Deonte Houston, and Alex Edward Lorenzano, | |
| Defendants. | |

**ORDER GRANTING MOTIONS TO CONTINUE TRIAL**

[¶ 1]    THIS MATTER comes before the Court on two Motion to Continue Trial filed by Defendant Walter Lewis Deville, Jr., on July 30, 2025, and by Defendant Alex Edward Lorenzano on July 31, 2025. Doc. Nos. 405, 407. Trial is scheduled in this matter on August 26, 2025. These are Defendant Deville and Defendant Mann's **first** request for a continuance and the **second** overall requests in this case.

- 1 -

[¶ 2]     Counsel for Defendant Deville states additional time is needed due to voluminous discovery and the Defendant's need to review the reports. The Court has been informed a Waiver of Speedy Trial is forthcoming. The United States does not object to this request.

[¶ 3]     Counsel for Defendant Lorenzano states additional time is needed to conduct a proper investigation and prepare for trial. In additional, due to voluminous discovery, additional investigative work is necessary before Counsel can competently advise the Defendant relating to a potential plea agreement or trial. The Defendant has filed an Informed Consent to Continuance. Doc. No. 407-1.

[¶ 4]     Upon consideration, the Court finds good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7). See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). In addition, the co-Defendants' time under the speedy trial act is excludable based upon the Motion because the co-Defendants have not been severed for trial. See 18 U.S.C. § 3161(h)(6) (excluding from Speedy Trial calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted"). The co-Defendants' trial shall, therefore, coincide with Defendants Deville and Lorenzano's trial date. Accordingly, the Court **GRANTS** Defendants Deville and Lorenzano's Motions to Continue Trial.

[¶ 5]     Trial in this matter shall be rescheduled for Tuesday, January 6, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(6)–(7). Counsel for Defendant Deville shall promptly file the Waiver of Speedy Trial upon receipt.

- 2 -

[¶ 6]   **IT IS SO ORDERED.**

DATE August 1, 2025.

Daniel M. Traynor, District Judge
United States District Court