IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 1:24-cr-00110 |
| v. | |
| Walter Lewis Deville Jr., | **Defendant's Informed Consent to Continuance** |
| Defendant. | |

I, Walter Lewis Deville Jr., consent to the Defendant's Motion to Continue filed on my behalf.

I understand that this Motion to Continue means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

I have discussed this matter with my attorney and he has answered all my questions relating to this Motion. I have been advised of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. This consent is being made by me freely, voluntarily, and with full knowledge of the consequences of this Motion to Continue.

Dated: 8.12.25

_____
Defendant