IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>vs.<br><br>Reginald Deshawn White, III, a/k/a Cash,<br>Jordan Wesley Betts a/k/a 23,<br>Christopher Lacy a/k/a Lil' Bro,<br>Jalon Dewight Randle a/k/a Lon,<br>William Ivory Roshawn Beverly a/ka Rich,<br>Tanei Simone Jerry,<br>Destiny Tory Siers,<br>Walter Lewis Deville, Jr.,<br>Tian Jo Jorgenson,<br>James Lamar Sanders a/k/a Jaymo<br>Deshawn Deonte Houston, and<br>Alex Edward Lorenzano,<br><br>                              Defendants. | Case No. 1:24-cr-00110 |

**ORDER GRANTING MOTIONS TO CONTINUE TRIAL**

[¶ 1]   THIS MATTER comes before the Court on two Motion to Continue Trial filed by Defendant Jalon Dewight Randle on December 11, 2025, and by Defendant James Lamar Sanders the same day. Doc. Nos. 497, 499. Trial is scheduled in this matter on January 6, 2026. These are Defendant Randle and Defendant Sanders's **first** requests for a continuance and the **third** overall requests in this case.

[¶ 2]   Counsel for Defendant Randle states additional time is needed to review options and engage in discussions on potential resolutions in this case. The Defendant has signed and filed a Waiver of Speedy Trial. Doc. No. 498. The United States does not object to this request.

[¶ 3]   Counsel for Defendant Sanders states he has two criminal trials scheduled in Clay County, Minnesota set to begin on January 6, 2026 involving defendants who are in custody and have entered demands for a speedy trial. Accordingly, it is highly likely Counsel for Defendant will be in trial in Minnesota on January 6, 2026 and unable to attend this trial. The Defendant has signed and filed a Waiver of Speedy Trial. Doc. No. 500.

[¶ 4]   Upon consideration, the Court finds good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7). See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). In addition, the co-Defendants' time under the speedy trial act is excludable based upon the Motion because the co-Defendants have not been severed for trial. See 18 U.S.C. § 3161(h)(6) (excluding from Speedy Trial calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted"). The co-Defendants' trial shall, therefore, coincide with Defendants Randle and Sanders's trial date. Accordingly, the Court **GRANTS** Defendants Randle and Sanders's Motions to Continue Trial.

[¶ 5]   Trial in this matter shall be rescheduled for Tuesday, July 14, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(6)–(7).

[¶ 6]   **IT IS SO ORDERED.**

DATE December 15, 2025.

Daniel M. Traynor, District Judge
United States District Court