IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTER LEWIS DEVILLE JR.,

Defendant.

Case No. 1:24-cr-110-14

**CERTIFICATE OF SE**RVICE

I hereby certify that on March 27, 2026, the following document(s):

PLEA AGREEMENT SUPPLEMENT

was filed with the Clerk of Court via CM/ECF, and that CM/ECF will send a Notice of Electronic Filing (NEF) to the following:

N/A

I further certify that a copy of the foregoing document was sent via encrypted email to the following at the listed email address, upon consent of counsel:

Attorney Chris Snyder:  chris@snyderlawmhd.com;

Dated: March 27, 2026.

*/s/ Rick L. Volk*
Rick L. Volk
Office of the United States Attorney