**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

United States of America,

Plaintiff,

v.

Walter Lewis Deville, Jr.

Defendant.

Criminal No. 1:24-cr-110-14

**Motion to Modify Release**

---

Defendant Walter Deville, Jr., by and through his attorney, Chris Snyder, respectfully moves this Court for an Order authorizing his transfer to new housing.

Mr. Deville is presently residing at Tied For Second Sober Living in Bismarck, North Dakota. He has recently obtained new housing in an apartment. This new housing is not affiliated with sober living or treatment; this is a private apartment building.

Both the prosecution and USPO have been notified of this request and have no objection to the proposed transfer.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Chris Snyder*

Chris Snyder
MN Attorney No. 0399471
ND Attorney No. 09180

P.O. Box 616
Moorhead, MN 56561-0616
218-284-1110
chris@snyderlawmhd.com