**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO MODIFY RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Walter Lewis Deville, Jr., | ) | Case No. 1:24-cr-110 |
| | ) | |
| Defendant. | ) | |

---

On July 11, 2025, the court issue an order conditionally releasing Defendant on July 14, 2025, to Tied for Second, a sober living facility in Bismarck, North Dakota. (Doc. No. 393).

On September 3, 2026, Defendant filed a Motion to Modify Release. (Doc. No. 699). He requests that the court modify his release conditions to permit him to transition to and reside at a private residence.

There being no objection from the United States, the court GRANTS Defendant's motion (Doc. No. 699). Defendant is authorized to transition to and reside at a residence approved by the Pretrial Services Officer. Defendant shall not change this residence without the prior approval of the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court